EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>570-2018-01540 |
|---|---|---|

**D.C. Office Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Linda Epps | (240) 330-9217 | |

Street Address: 3631 Matlock Place, Waldorf, MD 20602

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| PEPCO | 500 or More | (202) 872-2000 |

Street Address: 701 Ninth St N W, Washington, DC 20068

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-01-2006   Latest: 03-07-2018
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired in February of 1994 as a Senior Administrative Assistant. I am currently a Service Associate at Pepco.

I went on medical leave in March of 2006. I was informed in January 2018 that Pepco is not required to hold my position for me and that if I did not reapply for or found to be unqualified for an open position that I would be terminated on April 20th, 2018.

I was uninformed and never notified during my 12 years on leave that a person on disability leave for a mental illness would be terminated after two years. In my two years of trying to return, my attorney was inadvertently told in January 2018 that there is a two year limit for an employee to be on disability leave for a mental illness; however, I was never informed or given an opportunity to return at that time, which would have been March 2008. I received a letter from Pepco in June 2016 asking for me to return to work or resign, and I was given until August 2016 to respond. I responded within the parameters of the deadline that I would be returning, and since August 2016 I have been trying to

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Mar 19, 2018
Charging Party Signature: Linda Epps

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s).<br>570-2018-01540 |
|---|---|---|

**D.C. Office Of Human Rights** and EEOC
*State or local Agency, if any*

return. Pepco has been informed multiple times from my medical providers that I am cleared to return and have been subsequently not allowed return, even after directly being told by my medical providers that I am mentally fit and able to return. I was informed in May 2017 by Occupational Health at Pepco that I would be able to return before the end of the month, but that has clearly never happened.

I believe I was discriminated against based on my disability in violation of the Americans Disabilities Act of 1990 as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief<br>SIGNATURE OF COMPLAINANT |
| **Mar 19, 2018**    *Linda Epps*<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |