## SWICK & SHAPIRO, P.C.
ATTORNEYS AT LAW
1101 15TH STREET, N.W.
SUITE 205
WASHINGTON, DC 20005

TEL  (202) 842-0300
FAX (202)-842-1418

October 24, 2018

**VIA MAIL**
Mindy E. Weinstein
Acting Director
U.S. Equal Employment Opportunity Commission
Washington Field Office
131 M Street, N.E.
Fourth Floor, Suite 4NW02F
Washington, D.C. 20507-0100

Re:    Charge of Linda Epps, No. 570-2018-03384

Dear Ms. Weinstein:

I am writing to request that the EEOC investigation generated in connection with Ms. Linda Epp's EEO complaint of discrimination against her employer, Exelon/Pepco, EEOC Charge No. 570-2018-03384 be reopened to include her initial claim of disability discrimination. We request that an investigation be conducted to include Ms. Epps claim of unlawful employment discrimination based upon her disabilities and the violation of her rights as protected under the Americans With Disabilities Act.

Very truly yours,

*[signature]*
Richard L. Swick